JEFFREY I. PITEGOFF, ESQ.
Nevada Bar No. 05458
PITEGOFF LAW OFFICE
7765 W. Rosada Way
Las Vegas, Nevada 89149
Telephone No. (702) 808-7976
jpitegoff@yandex.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NORI EVANS, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNIVERSITY MEDICAL CENTER a.k.a UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA a.k.a. UMC, a political subdivision of Nevada;; DOES I-V; ROES VI-X,<br><br>　　　　Defendants. | CASE NO: 2:15-cv-01136-MMD-CWH<br><br>**SUBSTITUTION OF COUNSEL** |

Defendant UNIVERSITY MEDICAL CENTER (hereinafter "UMC"), by and through its attorney, Jeffrey I. Pitegoff, Esq. of the law firm of PITEGOFF LAW OFFICE INC. move this Honorable Court for an Order granting this request to Substitute as Counsel.

**I.**

**MEMORANDUM IN SUPPORT OF SUBSTITUTION**

Attached hereto as Exhibit A is a Substitution of Counsel accepting the change in representation sought herein.

**CONCLUSION**

For the reasons expressed above, it is respectfully requested that this Honorable Court issue an Order granting the requested substitution.

DATED this 12th day of February, 2018.

**PITEGOFF LAW OFFICE INC.**

 /s/Jeffrey I. Pitegoff

JEFFREY I. PITEGOFF, ESQ.
Nevada Bar No. 005458
7765 W. Rosada Way
Las Vegas, NV 89149
Tel: 702-808-7976
*Attorney for Defendants*

IT IS SO ORDERED.

DATED: February 13, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

# **CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of PITEGOFF LAW OFFICE INC. and that on this day, I personally served a true and correct copy of the attached by:

[ ]   U.S. Mail

[ x ]   CM-ECF Electronic filing system

[ ]   Facsimile Transmission

[ ]   Personal Service

Addressed to the following:

**LAW OFFICES OF DAN M. WINDER, PC**
Dan M. Winder, Esq.
Kristina Miletovic, Esq.
3507 W. Charleston Boulevard
Las Vegas, NV  89102
*Attorneys for Plaintiff*


Dated this 12th day of February, 2018.

　　　　　　　　　*/s/　　　　　　Jeffrey Pitegoff*
　　　　　　　　　An Employee of PITEGOFF LAW OFFICE INC.