**SAO**
DAN M. WINDER, ESQ.
Nevada State Bar. No. 1569
SCOTT C. DORMAN, ESQ.
Nevada State Bar No. 13108
KRISTINA MILETOVIC, ESQ.
Nevada State Bar No. 14089
LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 474-0523
Facsimile: (702) 474-0631
winderdanatty@aol.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NORI EVANS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY MEDICAL CENTER a.k.a. UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA a.k.a. UMC, a political subdivision of Nevada; DOES I-V; ROES VI-X,<br><br>Defendants. | Case No: 2:15-cv-01136-MMD-(CWH)<br><br>**STIPULATION AND ORDER<br>TO<br>EXTEND DEADLINES<br>FOR<br>PLAINTIFF'S RESPONSE TO DEFENDANT'S SECOND MOTION FOR SUMMARY JUDGMENT (ECF No. 82)<br>AND<br>DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION (ECF No. 84)<br>[FIRST REQUEST]** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Nori Evans and Defendant University Medical Center, by and through their respective undersigned counsel of record, that Plaintiff shall have two (2) additional weeks to file and serve her Response to Defendant's Second Motion for Summary Judgment (ECF No. 82). The parties agree the deadline

1

for filing Plaintiff's Response shall now be Tuesday, May 29, 2018.

     IT IS ALSO STIPULATED AND AGREED that Defendant shall have two (2) additional weeks to file and serve its response to Plaintiff's Motion for Reconsideration of Interlocutory Order (ECF No. 84). The parties agree the deadline for filing Plaintiff's Response shall now be Tuesday, June 4, 2018.

     The reasons for this request are the following:

1. Defendant's counsel was involved in a car accident that was caused by an apparent intoxicated motorist. As a result, he has been required to take a number of days off in order to seek treatment and recover. He also is expected to miss additional time from work in the near future.

2. In addition to the normal, anticipated workload, Plaintiff's counsel has been working on a Petition for Rehearing in the Nevada Supreme Court in the case *Abate v. Ace Cab,* case no. 68849, a deadline on the same day Plaintiff's Response to Defendant's Second Motion for Summary Judgment is currently due in this matter, May 15, 2018.

3. The parties have not sought to extend these deadlines before and merely request two additional weeks.

4. This stipulation is entered into in good faith and not to cause undue delay.

**DATED** this 11th day of June, 2018.      **DATED** this 11th day of June, 2018.

LAW OFFICE OF DAN M. WINDER, P.C.      PITEGOFF LAW OFFICE

 /s/ Kristina Miletovic_____       /s/ Jeffrey I. Pitegoff_____
DAN M. WINDER, ESQ.      JEFFREY I. PITEGOFF, ESQ.
Nevada Bar Number: 1569      Nevada Bar Number: 5458
KRISTINA MILETOVIC, ESQ.      330 E. Charleston Blvd., Suite 100
Nevada Bar Number: 14089      Las Vegas, Nevada 89104
3507 W. Charleston Blvd.      Tel: (702) 808-7976
Las Vegas, Nevada 89102      jpitegoff@yandex.com
Tel: (702) 878-6000      *Attorneys for Defendant*
Fax: (702) 474-0631
winderdanatty@aol.com
*Attorneys for Plaintiff*

**<u>ORDER</u>**

**IT IS HEREBY ORDERED** Plaintiff shall have until Tuesday, May 29, 2018 to file her Response to Defendant's Second Motion for Summary Judgment (ECF No. 82).

**IT IS ALSO HEREBY ORDERED** Defendant shall have until Tuesday, June 4, 2018 to file its response to Plaintiff's Motion for Reconsideration of Interlocutory Order (ECF No. 84).

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:  May 14, 2018

**CERTIFICATE OF SERVICE**

Pursuant to LR 5-1, I hereby certify that I am an employee of the LAW OFFICE OF DAN M. WINDER, P.C., and that on the 11th day of May, 2018, I served the **STIPULATION AND ORDER TO EXTEND DEADLINES FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S SECOND MOTION FOR SUMMARY JUDGMENT (ECF No. 82) AND DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION (ECF No. 84) [FIRST REQUEST]** on counsel as follows:

E-Service pursuant to LR IC 4-1:

Jeffrey I. Pitegoff, Esq.
Nevada State Bar No. 5458
PITEGOFF LAW OFFICE
330 E. Charleston Blvd., Suite 100
Las Vegas, NV 89104
Tel: (702) 808-7976
jpitegoff@yandex.com

*Attorney for Defendant University Medical Center*

/s/ Kristina Miletovic
Employee of the Law Office of Dan M. Winder P.C.