JEFFREY I. PITEGOFF, ESQ.
Nevada Bar No. 005458
PITEGOFF LAW OFFICE INC.
330 East Charleston Boulevard, Suite 100
Las Vegas, Nevada 89104
Telephone No.: (702) 808-7976
jpitegoff@yandex.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NORI EVANS, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>UNIVERSITY MEDICAL CENTER a.k.a UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA a.k.a. UMC, a political subdivision of Nevada;; DOES I-V; ROES VI-X,<br><br>  Defendants. | CASE NO: 2:15-cv-01136-MMD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S SECOND MOTION FOR SUMMARY JUDGMENT (ECF NO. 82) AND DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION (ECF NO. 84)**<br>**[SECOND REQUEST]** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, NORI EVANS and Defendant, UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, by and through their respective undersigned counsel of record, that Plaintiff shall have two (2) additional days to file and serve her Response to Defendant's Second Motion for Summary Judgment (ECF No. 82). The parties agree the deadline for filing Plaintiff's Response shall now be Friday, June 1, 2018.

IT IS ALSO STIPULATED AND AGREED that Defendant shall have two (2) additional weeks to file and serve its response to Plaintiff's Motion for Reconsideration of Interlocutory Order (ECF No. 84). The parties agree the deadline for filing Plaintiff's Response shall be due Monday, June 11, 2018.

1

This is the parties Second Request for an extension.

The reasons for this request are the following:

1. Defendant's counsel was involved in a car accident that was caused by an apparent intoxicated motorist. As a result, he has been required to take a number of days off in order to seek treatment, including actively attending physical therapy appointments and diagnostic testing, in order to recover. He is also expected to miss additional time from work as the treatment continues.

2. The parties sought to extend these deadlines on May 11, 2018 (ECF 85), but are merely requesting two (2) additional days for Plaintiff to file and serve her Response to Defendant's Second Motion for Summary Judgment (ECF No. 82) and two (2) additional weeks for Defendant to file and serve its response to Plaintiff's Motion for Reconsideration of Interlocutory Order (ECF No. 84).

3. This Stipulation is entered into in good faith and not to cause undue delay.

| DATED this 1st day of June, 2018. | DATED this 1st day of June, 2018. |
|---|---|
| **LAW OFICE OF DAN M. WINDER, P.C.** | **PITEGOFF LAW OFFICE INC.** |
| */s/ Kristina Miletovic* <br> DAN M. WINDER, ESQ. <br> Nevada Bar No. 001569 <br> KRISTINA MILETOVIC, ESQ. <br> Nevada Bar No. 14089 <br> 3507 W. Charleston Boulevard <br> Las Vegas, Nevada 89102 <br> *Attorney for Plaintiff* | */s/ Jeffrey I. Pitegoff* <br> JEFFREY I. PITEGOFF, ESQ. <br> Nevada Bar No. 005458 <br> 330 East. Charleston Boulevard, Suite 100 <br> Las Vegas, Nevada 89104 <br> *Attorney for Defendant,* <br> *UNIVERSITY MEDICAL CENTER* |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff shall have until Friday, June 1, 2018 to file her Response to Defendant's Second Motion for Summary Judgment (ECF No. 82).

**IT IS ALSO HEREBY ORDERED** that Defendant shall have until Tuesday, June 11, 2018 to file its Response to Plaintiff's Motion for Reconsideration of Interlocutory Order (ECF No. 84).

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

DATED:  June 1, 2018

# CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that service of the foregoing: **STIPULATION AND ORDER TO EXTEND DEADLINES FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S SECOND MOTION FOR SUMMARY JUDGMENT (ECF NO. 82) AND DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION (ECF NO. 84) [SECOND REQUEST]** was made this _____ day of June, 2018, by:

[ ] **BY U.S. MAIL**: by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada, addressed as set forth below.

[ ] **BY FACSIMILE:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00p.m., pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document.

[X] **BY ELECTRONIC SERVICE:** by transmitting via the Court's electronic CM-ECF filing services the document(s) listed above to the Counsel set forth below on this date pursuant to FRCP Rules.

> Kristina Miletovic, Esq.
> Dan M. Winder, Esq.
> Scott C. Dorman, Esq.
> LAW OFFICE OF DAN M. WINDER, P.C.
> 3507 W. Charleston Boulevard
> Las Vegas, NV 89102
> *Attorneys for Plaintiff*

[ ] **BY ELECTRONIC MAIL**: by transmitting via the internet the document(s) listed above to the email address listed in the Nevada Legal Directory to Counsel set forth below on this date.

 */s/ Teresa M. Estrada*
An Employee of PITEGOFF LAW OFFICE INC.