JEFFREY I. PITEGOFF, ESQ.
Nevada Bar No. 005458
PITEGOFF LAW OFFICE INC.
330 East Charleston Boulevard, Suite 100
Las Vegas, Nevada 89104
Telephone No.: (702) 808-7976
Facsimile No.: (702) 385-2899
jpitegoff@yandex.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NORI EVANS, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNIVERSITY MEDICAL CENTER a.k.a UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA a.k.a. UMC, a political subdivision of Nevada;; DOES I-V; ROES VI-X,<br><br>　　　　Defendants. | CASE NO: 2:15-cv-01136-MMD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S SECOND MOTION FOR SUMMARY JUDGMENT (ECF NOS. 82 and 88)**<br>**[THIRD REQUEST]** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, NORI EVANS and Defendant, UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, by and through their respective undersigned counsel of record, that Plaintiff shall have one (1) additional week from Monday, June 11, 2018 to file and serve its Reply to Plaintiff's Response to Defendant's Second Motion for Summary Judgment (ECF Nos. 82 and 88). The parties agree the deadline for filing Defendant's Reply shall be due Monday, June 18, 2018.

　　　　This is the parties' First Request for this deadline, but the Third Request for an extension overall with regard to Defendant's Second Motion for Summary Judgment.

/ / /

/ / /

1

The reasons for this request are the following:

1. Defendant's counsel was involved in a car accident that was caused by an apparent intoxicated motorist. As a result, he has been required to take a number of days off in order to seek treatment, including actively attending physical therapy appointments and diagnostic testing, in order to recover, thus creating a backlog of deadlines and tasks to complete. He is also expected to miss additional time from work as the treatment continues.

2. The parties sought to extend these deadlines on June 1, 2018 (ECF 87), but are merely requesting one (1) additional week from Monday, June 11, 2018 to Monday, June 18, 2018, for Defendants' to file and serve its Reply to Plaintiff's Response to Defendant's Second Motion for Summary Judgment (ECF No. 82 and 88).

3. This Stipulation is entered into in good faith and not to cause undue delay.

| DATED this 7th day of June, 2018. | DATED this 7th day of June, 2018. |
|---|---|
| **LAW OFICE OF DAN M. WINDER, P.C.** | **PITEGOFF LAW OFFICE INC.** |
| */s/ Kristina Miletovic* <br> DAN M. WINDER, ESQ. <br> Nevada Bar No. 001569 <br> KRISTINA MILETOVIC, ESQ. <br> Nevada Bar No. 14089 <br> 3507 W. Charleston Boulevard <br> Las Vegas, Nevada  89102 <br> *Attorney for Plaintiff* | */s/ Jeffrey I. Pitegoff* <br> JEFFREY I. PITEGOFF, ESQ. <br> Nevada Bar No. 005458 <br> 330 East. Charleston Boulevard, Suite 100 <br> Las Vegas, Nevada  89104 <br> *Attorney for Defendant,* <br> *UNIVERSITY MEDICAL CENTER* |

/ / /

/ / /

/ / /

/ / /

# ORDER

**IT IS HEREBY ORDERED** that Defendants shall have until Friday, June 15, 2018 to file its Reply to Plaintiff's Response to Defendant's Second Motion for Summary Judgment (ECF No. 82 and 88).

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

DATED: June 7, 2018

# CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that service of the foregoing: **STIPULATION AND ORDER TO EXTEND DEADLINES FOR DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT' SECOND MOTION FOR SUMMARY JUDGMENT (ECF NOS. 82 and 88) [THIRD REQUEST]** was made this 7th day of June, 2018, by:

[ ] **BY U.S. MAIL**: by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada, addressed as set forth below.

[ ] **BY FACSIMILE:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00p.m., pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document.

[X] **BY ELECTRONIC SERVICE:** by transmitting via the Court's electronic CM-ECF filing services the document(s) listed above to the Counsel set forth below on this date pursuant to FRCP Rules.

> Kristina Miletovic, Esq.
> Dan M. Winder, Esq.
> Scott C. Dorman, Esq.
> LAW OFFICE OF DAN M. WINDER, P.C.
> 3507 W. Charleston Boulevard
> Las Vegas, NV 89102
> *Attorneys for Plaintiff*

[ ] **BY ELECTRONIC MAIL**: by transmitting via the internet the document(s) listed above to the email address listed in the Nevada Legal Directory to Counsel set forth below on this date.

    */s/ Teresa M. Estrada*
An Employee of PITEGOFF LAW OFFICE INC.