DAN M. WINDER, ESQ.
Nevada State Bar No. 1569
KRISTINA MILETOVIC, ESQ.
Nevada State Bar No. 14089
LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 474-0523
Facsimile:  (702) 474-0631
winderdanatty@aol.com
km@attorneydanwinder.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NORI EVANS, an individual, | Case No: 2:15-cv-01136-MMD-(CWH) |
| Plaintiff, | |
| vs. | **MOTION TO WITHDRAW AS COUNSEL AND REMOVE COUNSEL FROM SERVICE LIST AND [PROPOSED] ORDER** |
| UNIVERSITY MEDICAL CENTER, a.k.a. UNIVERSITY MEDICAL CETNER OF SOUTHERN NEVADA, a.k.a. UMC, a political subdivision of Nevada; DOES I-V; ROES VI-X, | |
| Defendants. | |

      Pursuant to LR IA 11-6(b) and (e), Kristina Miletovic, Esq., hereby moves this Court for an Order to withdraw and remove her from all service lists, including the court's electronic notification list, in the above-captioned case.

      After October 12, 2018, attorney Miletovic will no longer be employed by The Law Office

1

of Dan M. Winder, P.C. The Law Office of Dan M. Winder, P.C. still represents Plaintiff.

Respectfully submitted this 9th day of October, 2018.

                                           LAW OFFICE OF DAN M. WINDER, P.C.

                                           /s/ Kristina Miletovic
                                          DAN M. WINDER, ESQ.
                                          Nevada State Bar No. 1569
                                          KRISTINA MILETOVIC, ESQ.
                                          Nevada State Bar No. 14089

**IT IS SO ORDERED**

_____
U.S. DISTRICT MAGISTRATE JUDGE

DATED: October 11, 2018

## CERTIFICATE OF SERVICE

Pursuant to LR 5-1, I hereby certify that I am an employee of the LAW OFFICE OF DAN M. WINDER, P.C., and that on the 9th day of October, 2018, I served the foregoing **MOTION TO WITHDRAW AS COUNSEL AND REMOVE COUNSEL FROM SERVICE LIST AND [PROPOSED] ORDER** on counsel as follows:

Via this Honorable Courts CM/ECF System to:

Jeffrey I. Pitegoff, Esq.
Nevada State Bar No. 5458
PITEGOFF LAW OFFICE
330 E. Charleston Blvd., Suite 100
Las Vegas, NV 89104
Tel: (702) 808-7976
jpitegoff@yandex.com

*Attorney for Defendant University Medical Center*

\_\_\_\_/s/ Kristina Miletovic_____
Employee of the Law Office of Dan M. Winder P.C.